

# Fourth Court of Appeals
## San Antonio, Texas

January 3, 2020

No. 04-19-00872-CV

**IN RE SuEllen HOEFLINGER-HOTCHKISS**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
              Irene Rios, Justice
              Liza A. Rodriguez, Justice

On December 17, 2019, relator filed a petition for writ of mandamus in which relator also requested a stay of trial court proceedings pending final resolution of the petition for writ of mandamus. This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and the real parties in interest may file a response to the petition in this court **no later than January 21, 2020.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

Relator's request for a stay is DENIED.

It is so **ORDERED** on January 3, 2020.

**PER CURIAM**

ATTESTED TO: _____
              MICHAEL A. CRUZ,
              Clerk of Court

---

[1] This proceeding arises out of Cause No. 2018PC0587, styled *In the Estate of Gregory Lyle Hotchkiss a/k/a Gregory L. Hotchkiss, Deceased*, pending in the Probate Court No 1, Bexar County, Texas, the Honorable Oscar J. Kazen presiding.